Andre K. Cizmarik
EDWARDS ANGELL PALMER & DODGE LLP
Attorneys for Respondent
750 Lexington Avenue
New York, NY 10022
(212) 308-4411

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------- X
BALRAM SINGH.,                           :    Case No. 2:10-cv-04444 (JFB)
                    Petitioner,          :
                                         :
       -against-                         :    **NOTICE OF APPEARANCE**
                                         :
GARY GREENE, Superintendent, Great       :
Meadow Correctional Facility,            :
                                         :
                    Respondent.          :
---------------------------------------- X

PLEASE TAKE NOTICE that the undersigned appears in this action as attorney for the

Respondent Gary Greene.

Dated: New York, New York
       October 14, 2010

                                              _____
                                              Alison Reuter
                                              Edwards Angell Palmer & Dodge LLP
                                              Attorneys for Respondent
                                              2800 Financial Plaza
                                              One Financial Plaza
                                              Providence, RI 02903
                                              (401) 274-9200

TO:    Jonathan I. Edelstein, Esq.
       271 Madison Avenue, 20th Floor
       New York, New York 10016

NYC 361381.1