# EDWARDS ANGELL PALMER & DODGE LLP

750 Lexington Avenue  New York, NY 10022  212.308.4411  *fax* 212.308.4844  eapdlaw.com

Andre K. Cizmarik
212.912.2731
*fax* 888.325.9598
acizmarik@eapdlaw.com

December 28, 2010

**VIA FEDERAL EXPRESS**

Honorable Joseph F. Bianco
United States District Judge
United States District Court
Eastern District of New York
100 Federal Plaza
Central Islip, New York 11722

    Re:    Balram Singh v. Gary Green  10-CV-4444 (JFB)
            Indictment No. 1610N-04

Dear Judge Bianco:

This firm represents the Respondent in this case. Enclosed are copies of the following documents that were requested in Your Honor's October 1, 2010 Order.

I.    Trial Court Proceedings in Supreme Court, Nassau County

    A.    Pre-Trial Hearing Transcripts (4 volumes)[1] and Rulings

        1.    August 30 and 31, 2005 hearings

        2.    September 2, 2005 hearing

        3.    December 12, 2005 hearing together with Decision on the Record

        4.    February 14, 16 and 27, 2006 ("Huntley/Mapp") hearings

        5.    October 24, 2005 Decision

        6.    October 24, 2005 Order

        7.    March 3, 2006 Decision

    B.    Transcripts of the 2006 Jury Trial (13 volumes)

---

[1] For the Court's convenience, the volumes supplied with this letter have been marked to correspond with the numbering set forth in this letter.

# EDWARDS ANGELL PALMER & DODGE LLP

Honorable Joseph F. Bianco
December 23, 2010
Page 2

      1.    March 6, 2006 – Jury Selection

      2.    March 7, 2006 – Jury Selection

      3.    March 8, 2006 – Trial Transcript

      4.    March 9, 2006 – Trial Transcript

      5.    March 13, 2006 – Trial Transcript

      6.    March 14, 2006 – Trial Transcript

      7.    March 15, 2006 – Trial Transcript

      8.    March 16, 2006 – Trial Transcript

      9.    March 20, 2006 – Trial Transcript

    10.    March 21, 2006 – Trial Transcript

    11.    March 23, 2006 – Trial Transcript

    12.    March 27, 2006 – Trial Transcript

    13.    May 25, 2006 – Sentencing Transcript

II.    Appellate Proceedings

    A.    Appellate Division, Second Department

        1.    Defendant-Appellant's Notice of Motion for Leave to Appeal with Supporting Affirmation   (April 25, 2008)

        2.    Brief for Defendant-Appellant (June 14, 2008)

        3.    Respondent's Brief (September 29, 2008)

        4.    Reply Brief for Defendant-Appellant (October 23, 2008)

        5.    Appellate Division Decision and Order affirming judgment of the County Court, Nassau County, rendered May 25, 2006 convicting Defendant of murder in the second degree (March 17, 2009)

EDWARDS ANGELL PALMER & DODGE LLP

Honorable Joseph F. Bianco
December 23, 2010
Page 3

    B.    New York Court of Appeals

        1.    Defendant-Appellant's Application for Leave to Appeal to the Court of Appeals (April 22, 2009)

        2.    Respondent's Opposition to Application for Leave to Appeal to the Court of Appeals (June 11, 2009)

        3.    Defendant-Appellant's Response in Further Support of his Application for Leave to Appeal to the Court of Appeals (June 16, 2009)

        4.    Court of Appeals Decision Denying Leave to Appeal (November 12, 2009)

Additionally, we are enclosing courtesy copies of Respondent's Memorandum of Law in Opposition to Petition for a Writ of Habeas Corpus (December 28, 2010) (Docket No. 9) and the Declaration of Andre K. Cizmarik (December 28, 2010) (Docket No. 10).

Respectfully submitted,

*Andre K. Cizmarik / amo*

Andre K. Cizmarik
Special Assistant District Attorney
Nassau County District Attorneys Office

AKC:amo
Enclosures

cc:    Jonathan I. Edelstein, Attorney for Petitioner (w/o encls., except Docket Nos. 9 and 10)
        Hon. Kathleen M. Rice, District Attorney (w/o encls.)
        Tammy J. Smiley, Assistant District Attorney (w/o encls.)

NYC 363635.1