UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X

BALRAM SINGH,                                                    Docket No.
                                                                 10-CV-4444 (JFB)
                            Petitioner,

– against –

GARY GREENE, Superintendent, Great Meadow            **NOTICE**
Correctional Facility,                               **OF APPEAL**

                            Respondent.

------------------------------------------------------------------------X

**TO THE ABOVE NAMED RESPONDENT:**

PLEASE TAKE NOTICE that petitioner BALRAM SINGH hereby appeals to the United States Court of Appeals for the Second Circuit from a Memorandum and Order of the Hon. Joseph F. Bianco in the above captioned matter, dated May 20, 2011, and from a Judgment in the above captioned matter entered on May 23, 2011, and that petitioner appeals from each and every part of the aforesaid Memorandum, Order and Judgment.

Dated:  New York, NY
        June 9, 2011

                                                    ___/s/_____
                                                    JONATHAN I. EDELSTEIN
                                                    Attorney for Petitioner
                                                    271 Madison Avenue, 20 Fl.
                                                    New York, NY 10016
                                                    (212) 871-0571 x208

To:   Andre K. Cizmarik, Esq.
      Attorney for Respondent
      c/o Edwards Angell Palmer & Dodge
      750 Lexington Avenue
      New York, NY 10022